## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

GEORGE EDWARDS,
                    Plaintiff,

vs.

CITY OF CHICAGO, ILLINOIS, et al.
                    Defendants.

07cv6747
JUDGE GUZMAN
MAG. JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GEORGE EDWARDS

**FILED**

J.N

NOV 3 0 2007

ΠOV 30 2007

MICHAEL W. DOBBINS

CLERK, U.S. DISTRICT COURT

| NAME (Type or print) Katie Z. Ehrmin |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ |
| FIRM  Law Office of Jeffrey B. Granich |
| STREET ADDRESS  53 West Jackson Blvd., Suite 840 |
| CITY/STATE/ZIP  Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6292120 | TELEPHONE NUMBER  312-939-9009 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐