## United States District Court for the Northern District of Illinois

Case Number: 07cv6747           Assigned/Issued By: j.n.

Judge Name: guzman              Designated Magistrate Judge: denlow

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                Receipt #: 1115729

Date Payment Rec'd: 11-30-07    Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
       (Type of Writ)

3 Original and 3 copies on 11-30-07 as to chicago police officer
j.l. tucker; g.l.lee; city of chicago

---

C:\wpwin80\docket\feeinfo.frm     03/14/05