UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case:   07 C 6747

    EDWARDS  Plaintiff,                  Honorable Judge GUZMAN ,

       v.

    CITY OF CHICAGO, et. al. Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    J.L Tucker, G.L. Lee, City of Chicago

| | |
|---|---|
| SIGNATURE      /S/ TIFFANY Y. HARRIS | |
| FIRM    City of Chicago, Corporation Counsel | |
| STREET ADDRESS    30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP    Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    6238533 | TELEPHONE NUMBER    312.744.5890 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?                    YES x        NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?                 YES ☐       NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?                   YES X        NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |