UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE EDWARDS | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6747 |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | Judge Guzman |
| and CHICAGO POLICE OFFICER | ) | |
| J.L. TUCKER, STAR NO. 5542, and | ) | Magistrate Judge Denlow |
| CHICAGO POLICE OFFICER G.L. LEE | ) | |
| STAR NO. 15949 | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO ENLARGE TIME TO ANSWER

## PLAINTIFF'S COMPLAINT

Defendants, J.L. Tucker and G.L. Lee by their attorney, Tiffany Y. Harris, Assistant Corporation Counsel of the City of Chicago, respectfully requests this Honorable Court to enlarge the time in which Defendant, may answer or otherwise plead to Plaintiff's Complaint, stating as follows:

(1) Officers Tucker and Lee were served according to the Court's Computer on December 11, 2007.

(2) The answers of Officers Tucker and Lee were due on December 31, 2007 based on service of December 11, 2007.

(3) However, Counsel for Officers Tucker and Lee just received this file the week of December 31, 2007 and is not scheduled to meet with Officers Tucker and Lee until January 15, 2007 to discuss the nature of the incident at issue in plaintiff's complaint. Therefore, Defendant Officers Tucker and Lee would like to request

until January 25, 2008 to answer the plaintiff's complaint.

(4) Counsel will also require additional time to answer the plaintiff's complaint because she is still awaiting documents and records to fully answer Plaintiff's Complaint.

(5) This motion is not being brought for the purposes of delay.

(7) The plaintiff will not be prejudiced by a short continuance of defendant's time to answer the complaint.

**WHEREFORE**, Defendants Officers Ustaszewski and Cloherty respectfully request that this Court grant their motion to enlarge time up to and including January 25, 2008 to answer or otherwise plead to the complaint.

Respectfully submitted,

/s/ Tiffany Y. Harris_____

TIFFANY HARRIS

Assistant Corporation Counsel

30 N. LaSalle Street

Suite 1400

Chicago, Illinois 60602

(312) 744-5890

(312) 744-6566 (Fax)

Atty. No. 06238533