IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **GEORGE EDWARDS,** | ) | **NO. 07 C 6747** |
| | ) | |
| **Plaintiff,** | ) | **Judge Guzman** |
| v. | ) | **Magistrate Judge Denlow** |
| | ) | |
| **CITY OF CHICAGO, et.al.,** | ) | |
| | ) | |
| **Defendants.** | | |

### NOTICE OF MOTION

To:    Jeffrey B. Granich
Law Offices of Jeffrey B. Granich
53 West Jackson Boulevard,
Suite 840

Chicago, IL 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS TUCKER AND LEE'S MOTION TO ENLARGE TIME TO ANSWER.**

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Guzman on or before such other Judge sitting in his place or stead, on Thursday January 10, 2008 **at 9:30** or as soon thereafter as counsel may be heard, in **Courtroom 1219** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois January 4, 2008.

    Respectfully submitted,

    */s/ Tiffany Y. Harris*
    TIFFANY Y. HARRIS Assistant Corporation
    Counsel 30 N. LA SALLE ST., SUITE 1400
    CHICAGO, ILLINOIS  60602 (312) 744-5890
    ATTORNEY . 6238533

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on Friday, January 4, 2008 I electronically filed **Notice of Motion - Defendant Officers Tucker and Lee's Motion To Enlarge Time** with the Clerk of Court, using the CM/ECF system which will send notification of such filing to all attorneys of record in this case.

                                              
                                              /s/Tiffany Y. Harris
                                              TIFFANY Y. HARRIS

30 No. LaSalle Street
Suite 1400 Chicago,
IL 60602 (312)
744-5890
Atty. No. 6238533
Tiffany.Harris@cityofchicago.org