IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **GEORGE EDWARDS,** | ) | **NO. 07 C 6747** |
| | ) | |
| **Plaintiff,** | ) | **Judge Guzman** |
| v. | ) | **Magistrate Judge Denlow** |
| | ) | |
| **CITY OF CHICAGO, et.al.,** | ) | |
| | ) | |
| **Defendants.** | | |

### NOTICE OF FILING

To:   Jeffrey B. Granich
      Law Offices of Jeffrey B. Granich
      53 West Jackson Boulevard,
      Suite 840

      Chicago, IL 60604


**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS TUCKER AND LEE'S AND CITY OF CHICAGO'S ANSWER.**

**DATED** at Chicago, Illinois January 29, 2008.


                                        Respectfully submitted,


                                        ____*/s/ Tiffany Y. Harris*_____
                                        TIFFANY Y. HARRIS Assistant Corporation
                                        Counsel 30 N. LA SALLE ST., SUITE 1400
                                        CHICAGO, ILLINOIS  60602 (312) 744-5890
                                              ATTORNEY . 6238533

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Tuesday, January 29, 2008 I electronically filed **Notice of Filing - Defendant Officers Tucker and Lee's Answer to Plaintiff's Complaint** with the Clerk of Court, using the CM/ECF system which will send notification of such filing to all attorneys of record in this case.

                                        */s/Tiffany Y. Harris*
                                        TIFFANY Y. HARRIS

30 No. LaSalle Street
Suite 1400 Chicago,
IL 60602 (312)
744-5890
Atty. No. 6238533
Tiffany.Harris@cityofchicago.org