## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

George Edwards
                        Plaintiff,

v.                                             Case No.: 1:07−cv−06747
                                               Honorable Ronald A. Guzman

City of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 29, 2008:

    MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 2/29/2008. Settlement Conference set for 3/14/2008 at 02:00 PM. ** Judge Guzman's standing order regarding settlement conferences is posted on the Court's website: www.ilnd.uscourts.gov.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.